O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-29-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| RAYSON SMITH, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On June 9, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 30, 2014 Government counsel, Wilson Park, the defendant and his appointed DFPD attorney, Richard Goldman, were present. The U.S. Probation Officer, Gregory Metoyer, was also present.

The defendant admits allegation 2, in violation of his supervised release as stated in the petition filed April 30, 2014. The Court grants the government's request to dismiss allegation 1 of the petition filed April 30, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 10, 2005; and March 21, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of seven (7) months. Upon release from imprisonment,

defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed.

FILE/DATED:     June 12, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk