O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR04-29-CAS |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| RAYSON SMITH, | |
| Defendant. | |

On February 8, 2016, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on August 20, 2015 and February 4, 2016. Government counsel, Wilson Park, the defendant and his appointed DFPD attorney, Richard Goldman, were present. The U.S. Probation Officer, Michelle Armstrong, was also present.

The defendant admits allegations 1 and 5, in violation of his supervised release as stated in the petition filed August 20, 2015. The Court grants the government's request to dismiss allegations 2, 3, 4, and 6 of the petitions filed August 20, 2015 and February 4, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 10, 2005; March 21, 2014; and June 9, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of ten (10) months, with no supervision to follow.

1  IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the
2  United States Marshal or other qualified officer and that said copy shall serve as the
3  commitment of defendant.
4  FILE/DATED:   February 8, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
     Catherine M. Jeang,  Deputy Clerk